UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IKECHUKWU NWOKEJI,<br><br>            Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>            Defendant. | CIVIL ACTION No. 04-CV-11804 (REK) |

**STIPULATION EXTENDING TIME IN WHICH
DEFENDANT ELI LILLY AND COMPANY MAY ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT**

Plaintiff Ikechukwu Nwokeji and Defendant Eli Lilly and Company stipulate that the time in which Eli Lilly and Company may answer or otherwise respond to the Complaint is extended to and including October 12, 2004.

| IKECHUKWU NWOKEJI | ELI LILLY AND COMPANY |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Alan L. Cantor<br>Alan L. Cantor BBO #072360<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA 02108<br>(617) 742-1900 | /s/ James J. Dillon<br>James J. Dillon BBO #124660<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |

Dated: September 24, 2004