IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IKECHUKWU NWOKEJI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | CV 04-11804 REK |

**STIPULATION FOR TRANSFER TO IN RE: ZYPREXA PRODUCTS
LIABILITY LITIGATION, MDL NO. 1596 AND REQUEST TO CANCEL
THE DECEMBER 1, 2004 SCHEDULING CONFERENCE**

Plaintiff, Ikechukwu Nwokeji ("Plaintiff") and Defendant Eli Lilly and Company ("Lilly"), by their undersigned counsel, agree to the transfer of this action to *In re: Zyprexa Products Liability Litigation*, MDL No. 1596, pending in the Eastern District of New York before Judge Jack B. Weinstein.  The parties ask that the case be transferred to the MDL for the purpose of coordinated and consolidated pretrial proceedings under 28 U.S.C. §1407.

Since the parties stipulate to transfer to the MDL, the Scheduling Conference set for December 1, 2004 is not necessary at this time.  The parties therefore ask that the Court cancel that Scheduling Conference.  In the event this matter is later remanded, the parties will,

FHBOSTON/1135239.1

- 2 -

of course, prepare the Rule 16 Statement and Schedule that may then be necessary.

| IKECHUKWU NWOKEJI | ELI LILLY AND COMPANY |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Alan L. Cantor (by permission)<br>Alan L. Cantor BBO #072360<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA  02108<br>(617) 742-1900 | /s/ James J. Dillon<br>James J. Dillon BBO #124660<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>(617) 832-1000 |

Dated:  November 24, 2004