UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
JAMES GIOKAS
Chief Deputy
TERRY L. VAUGHN
Operations Manager

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 260-2330
Fax: (718) 260-2546

December 8, 2004

Tony Anastas, Clerk
United States District Court
District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

    In re: **Zyprexa Products Liability Litigation**
           **M.D.L. No. 1596**

    Civil Action: *Ikechukwu Nwokeji*   Vs.   *Eli Lilly & Co.*
             Our Civil Action Number: 1:04-cv-5170 (JBW)(ASC)
             **Your Civil Action Number: 1:04-cv-11804** REK

Dear Mr. Anastas;

    Enclosed is a certified copy of the M.D.L. Panel's transfer order consolidating the above mentioned action into MDL 1596. Please forward your file and a certified copy of your docket sheet to our District.

                                         Very truly yours,

                                         Terry L. Vaughn
                                         Operations Manager

Enclosures

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 19 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*George Darrell Maynard v. Eli Lilly & Co.*, E.D. Kentucky, C.A. No. 7:04-312
*Ikechukwu Nwokeji v. Eli Lilly & Co.*, D. Massachusetts, C.A. No. 1:04-11804
*Tina Leigh Frierson v. Eli Lilly & Co.*, N.D. Mississippi, C.A. No. 4:04-162

### CONDITIONAL TRANSFER ORDER (CTO-8)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 30 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 4 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY ATTEST
ROBERT C. HEINEMANN CLERK
DATED _____ BY _____ DEPUTY CLERK