UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

TO:                                                Our Case No.:

   U.S.D.C. - Eastern District of New York        04-11804-REK
   225 Cadman Plaza East
   Brooklyn, NY 11201                          Case Caption:

                                                     Ikechukwu Nwokeji v. Eli Lilly & Co.

Please be advised that this case has been transferred to: U.S.D.C. - Eastern District of New York

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

    Go to the Court's web site - www.mad.uscourts.gov
    Select Case Information and Click on CM/ECF - Pacer System
    At login type: your court's PACER login and password
        Skip "Client Code". Click login

    Once you are into CM/ECF, to print the public docket sheet click:
        Reports, Docket Sheet, Type in Case number and Run Report and then print

    To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

    To print each item on the docket sheet click on the underlined document number and print.

    To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
        If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at   **karen_folan@mad.uscourts.gov**     with your court's case information.

Thank You

                                                By:  /s/ Karen Folan
                                                    Deputy Clerk